An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

## IN THE SUPREME COURT OF THE STATE OF NEVADA

NOE QUINTERO,
Appellant,
vs.
CLARK COUNTY,
Respondent.

No. 62935

**FILED**

AUG 1 4 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Appellant's July 24, 2013, motion to voluntarily dismiss this appeal is granted. Accordingly, this appeal is hereby dismissed, with the parties to bear their own costs and fees. NRAP 42(b). Accordingly, we ORDER this appeal DISMISSED.

_____Pickering_____, C.J.

cc: Hon. Douglas W. Herndon, District Judge
Persi J. Mishel, Settlement Judge
Hardy & Hardy
Lynne & Associates
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-23900